

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00892-CV

**IN THE INTEREST OF L.M.R.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02001
Honorable Peter A. Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's December 11, 2019 final order is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED April 8, 2020.

_____
Beth Watkins, Justice